**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dewey Parks; aka Dewey Jack Parks; aka Dewey J Parks |
| Debtor 2 (Spouse, if filing) | Dena M Parks; aka Dena M Parks |
| United States Bankruptcy Court for the: | Southern District of Indiana |
| Case number | 19-91257-AKM-13 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 20-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 6 0 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2022

**New total payment:** $ 748.73
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 213.53        New escrow payment: $ 221.93

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **Dewey Parks**<br>First Name   Middle Name   Last Name | Case number (*if known*) | **19-91257-AKM-13** |

**Part 4:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/ Jon J. Lieberman**
Signature

Date **12/10/2021**

Print: **Jon J. Lieberman**
First Name   Middle Name   Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
Number   Street

**Loveland**   **OH**   **45140**
City   State   ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

DEWEY J PARKS
10 S PARADISE LN
MADISON IN  47250

Analysis Date: December 08, 2021                                                                                                         Final
Property Address: 10 PARADISE LANE  MADISON, IN 47250                                                                        Loan: ███

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Oct 2019 to Jan 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 526.80 | 526.80 |
| Escrow Payment: | 213.53 | 221.93 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $740.33 | $748.73 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 01, 2021 |
| Escrow Balance: | (580.02) |
| Anticipated Pmts to Escrow: | 640.59 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $60.57 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 640.63 | 0.00 |
| Oct 2019 | 213.53 | | | | * | | 854.16 | 0.00 |
| Oct 2019 | | | | 1,420.60 | * | | 854.16 | (1,420.60) |
| Nov 2019 | 213.53 | 452.24 | 369.58 | | * | County Tax | 698.11 | (968.36) |
| Nov 2019 | | | | 2,133.13 | * | Homeowners Policy | 698.11 | (3,101.49) |
| Dec 2019 | 213.53 | 226.12 | | | * | | 911.64 | (2,875.37) |
| Jan 2020 | 213.53 | 226.12 | | | * | | 1,125.17 | (2,649.25) |
| Feb 2020 | 213.53 | | | | * | | 1,338.70 | (2,649.25) |
| Feb 2020 | | | | 369.58 | * | County Tax | 1,338.70 | (3,018.83) |
| Mar 2020 | 213.53 | | | | * | | 1,552.23 | (3,018.83) |
| Apr 2020 | 213.53 | | | | * | | 1,765.76 | (3,018.83) |
| Apr 2020 | | | | 372.78 | * | County Tax | 1,765.76 | (3,391.61) |
| May 2020 | 213.53 | 452.24 | 369.58 | | * | County Tax | 1,609.71 | (2,939.37) |
| Jun 2020 | 213.53 | | | | * | | 1,823.24 | (2,939.37) |
| Jul 2020 | 213.53 | | | | * | | 2,036.77 | (2,939.37) |
| Aug 2020 | 213.53 | | 1,823.23 | | * | Homeowners Policy | 427.07 | (2,939.37) |
| Sep 2020 | 213.53 | | | | * | | 640.60 | (2,939.37) |
| Oct 2020 | | 226.12 | | | * | | 640.60 | (2,713.25) |
| Oct 2020 | | | | 372.78 | * | County Tax | 640.60 | (3,086.03) |
| Nov 2020 | | 854.12 | | | * | | 640.60 | (2,231.91) |
| Dec 2020 | | 213.53 | | | * | | 640.60 | (2,018.38) |
| Jan 2021 | | 213.53 | | | * | | 640.60 | (1,804.85) |

Page 1

| Month | Payment | Disbursement | Description | Escrow | Balance |
|---|---|---|---|---|---|
| Jan 2021 | | 692.05 * | Forced Place Insur | 640.60 | (2,496.90) |
| Feb 2021 | 427.06 | | * | 640.60 | (2,069.84) |
| Feb 2021 | | 123.94 * | Forced Place Insur | 640.60 | (2,193.78) |
| Mar 2021 | 213.53 | | * | 640.60 | (1,980.25) |
| Mar 2021 | | 123.81 * | Forced Place Insur | 640.60 | (2,104.06) |
| Apr 2021 | 115.36 | * | Escrow Only Payment | 640.60 | (1,988.70) |
| Apr 2021 | | 123.74 * | Forced Place Insur | 640.60 | (2,112.44) |
| Apr 2021 | | 1,149.00 * | Homeowners Policy | 640.60 | (3,261.44) |
| Apr 2021 | | 445.42 * | County Tax | 640.60 | (3,706.86) |
| Jul 2021 | 854.12 | | * | 640.60 | (2,852.74) |
| Aug 2021 | 213.53 | | * | 640.60 | (2,639.21) |
| Aug 2021 | | 536.14 * | Homeowners Policy | 640.60 | (3,175.35) |
| Sep 2021 | 213.53 | | * | 640.60 | (2,961.82) |
| Oct 2021 | 213.53 | | * | 640.60 | (2,748.29) |
| Oct 2021 | | 445.42 * | County Tax | 640.60 | (3,193.71) |
| Nov 2021 | 640.59 | | * | 640.60 | (2,553.12) |
| Dec 2021 | 2,061.23 | | * Escrow Only Payment | 640.60 | (491.89) |
| Dec 2021 | | 88.13 * | Escrow Disbursement | 640.60 | (580.02) |
| | | | Anticipated Transactions | 640.60 | (580.02) |
| Dec 2021 | 427.06 | | | | (152.96) |
| Jan 2022 | 213.53 | | | | 60.57 |
| | $2,562.36 | $8,457.09 | $2,562.39 | $8,396.52 | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 2,562.39.  Under Federal law, your lowest monthly balance should not have exceeded 427.07 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 2

Analysis Date: December 08, 2021  
Borrower: DEWEY J PARKS  
Final  
Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 60.57 | 1,551.90 |
| Feb 2022 | 221.93 | | | 282.50 | 1,773.83 |
| Mar 2022 | 221.93 | | | 504.43 | 1,995.76 |
| Apr 2022 | 221.93 | | | 726.36 | 2,217.69 |
| May 2022 | 221.93 | 445.42 | County Tax | 502.87 | 1,994.20 |
| Jun 2022 | 221.93 | 1,772.28 | Homeowners Policy | (1,047.48) | 443.85 |
| Jul 2022 | 221.93 | | | (825.55) | 665.78 |
| Aug 2022 | 221.93 | | | (603.62) | 887.71 |
| Sep 2022 | 221.93 | | | (381.69) | 1,109.64 |
| Oct 2022 | 221.93 | | | (159.76) | 1,331.57 |
| Nov 2022 | 221.93 | 445.42 | County Tax | (383.25) | 1,108.08 |
| Dec 2022 | 221.93 | | | (161.32) | 1,330.01 |
| Jan 2023 | 221.93 | | | 60.61 | 1,551.94 |
| | $2,663.16 | $2,663.12 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 443.85. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 443.85 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 60.57. Your starting balance (escrow balance required) according to this analysis should be $1,551.90. This means you have a shortage of 1,491.33. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 2,663.12. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 221.93 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $221.93 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

In Re:                                                  Case No. 19-91257-AKM-13

Dewey Parks
  *aka* Dewey Jack Parks
  *aka* Dewey J Parks                                   Chapter 13
Dena M Parks
  *aka* Dena M Parks

Debtors.                                      Judge Andrea K. McCord

## CERTIFICATE OF SERVICE

I certify that on December 10, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Lloyd Koehler, Debtors' Counsel
    lloydkoehler@hotmail.com

    Joseph M. Black, Jr., Chapter 13 Trustee
    jmbecf@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on December 10, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Dewey Parks, Debtor
    10 South Paradise Lane
    Madison, IN 47250

Dena M Parks, Debtor
10 South Paradise Lane
Madison, IN 47250

                        Respectfully Submitted,

                        /s/ Jon J. Lieberman
                        Jon J. Lieberman (OH 0058394)
                        Sottile & Barile, Attorneys at Law
                        394 Wards Corner Road, Suite 180
                        Loveland, OH 45140
                        Phone: 513.444.4100
                        Email: bankruptcy@sottileandbarile.com
                        Attorney for Creditor